**Order entered November 28, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01031-CV

### IRIS SIMMONS, Appellant

### V.

### ACE AMERICAN INSURANCE CO., Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-13319**

## ORDER

We **GRANT** appellee's November 22, 2016 motion for extension of time to file a brief

and extend the time to **DECEMBER 16, 2016**.

/s/      CRAIG STODDART
             JUSTICE